UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRANSIT SOURCING SERVICES, INC.,

Plaintiff,

-against-

BONATRANS NORTH AMERICA, INC., and JIRI KALETA,

Defendants.

**ORDER**

26 Civ. 7746 (ER)

Ramos, D.J.:

A status conference will be held on September 24, 2026, at 11:30 a.m. in Courtroom 619, 40 Foley Square, New York, NY 10007.

It is SO ORDERED.

Dated: September 18, 2025
New York, New York

Edgardo Ramos, U.S.D.J.