# Exhibit A

GHH-BONATRANS
Pioneers of wheelset solutions

About us | Products and services | References | Research and development | Sustainability | Career | Contacts

# OUR COMPANIES

Homepage ▸ About us ▸ Our companies ▸ Bonatrans North America, Inc.

## BONATRANS NORTH AMERICA, INC.

**122 East 42nd Street, 18th Floor, New York, NY 10168, USA**



Jiří
Kaleta

*President & CEO*



Radka
Kaletová

*Project Manager*



Susan
Harkenrider

*Executive Assistant*

GHH-BONATRANS
Pioneers of wheelset solutions

Quick links

Vacancies
Innovative products
Recycling

BONATRANS
GHH-RADSATZ
BONATRANS ASIA
BONATRANS NORTH AMERICA

© 2025 GHH-BONATRANS | Legal notice | Personal data | Cookies preferences