UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRANSIT SOURCING SERVICES, INC.,

Plaintiff,

*-against-*

BONATRANS NORTH AMERICA, INC. *and* JIŘÍ KALETA,

Defendants.

**ORDER**

26-cv-07746 (ER)

RAMOS, D.J.:

Transit Sourcing Services, Inc. filed a motion for a preliminary injunction in New York state court on August 20, 2026. Doc. 1-1. After the case was removed to federal court, the Court set a briefing schedule on the motion and heard oral argument on October 16, 2026. The motion is DENIED for the reasons set forth on the record.

It is SO ORDERED.

Dated: October 16, 2026
New York, New York

EDGARDO RAMOS
United States District Judge